

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2019

No. 04-19-00383-CV

Hien Minh **CAO**,
Appellant

v.

Hoang **CAO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV03006
The Honorable John Francis Davis, Judge Presiding

# O R D E R

Sitting: Luz Elena D. Chapa, Justice
    Irene Rios, Justice
    Beth Watkins, Justice

Appellant has filed a letter asking this court to explain its order denying appellant's filing that we construed as a motion for rehearing. On August 21, 2019, this court issued an opinion in this case explaining the basis for its decision in this case. We construe appellant's letter as a motion to reconsider our order denying his motion for rehearing, which is not permitted. *See generally* TEX. R. APP. P. 49. We therefore order that appellant's request is DENIED. Because the time has expired for appellant to file any further motion for rehearing, further requests from this court regarding this court's opinion and judgment will not be considered.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2019.



Luz Estrada,
Chief Deputy Clerk